IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.   05-cv-00237-LTB-CBS

CONSUMER CRUSADE, INC.,

    Plaintiff,

v.

AVALONA COMMUNICATIONS d/b/a STOCKREPORTERS.COM,
a Florida corporation, and
PETER EMMANUEL, its officers and directors,

    Defendants.

_____

ORDER
_____

Consumer Crusade, Inc. filed this lawsuit pursuant to the Telephone Consumer Protection Act of 1991 ("TCPA"), 47 U.S.C. § 227, on its own behalf and on behalf of as-yet unidentified class-action plaintiffs.  Consumer Crusade alleged that the defendants wilfully and knowingly sent, in violation of the TCPA, millions of unsolicited facsimile transmissions to more than ten thousand persons residing throughout the United States.  An unidentified number of those fax recipients have since assigned to Consumer Crusade their resultant claims under the TCPA.  The defendants have moved for dismissal.  The motion is adequately briefed and oral arguments would not materially aid its resolution.  For the reasons stated below, I GRANT the motion to dismiss.

As I recently held in *US Fax Law Center, Inc. v. iHire, Inc.*, 373 F. Supp. 2d 1208 (D. Colo. 2005), claims under the TCPA are not assignable and a purported assignee of such claims thus cannot be a real party in interest with standing to sue.  Also, Judge Figa recently found no

jurisdictional basis to entertain such claims in federal court. *Consumer Crusade, Inc. v. Fairon and Associates, Inc.*, 379 F. Supp. 2d 1132 (D. Colo. 2005). For the reasons stated in those opinions, this case must be dismissed.

Accordingly, it is ORDERED that

1) the defendants' motion to dismiss is GRANTED; and

2) judgment shall enter in favor of the defendants on all counts with costs.

Dated: September   19  , 2005, in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock

Lewis T. Babcock, Chief Judge